UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2007 OCT 19 P 2: 46

UNITED STATES OF AMERICA : MISC. NO. 307mj213(WIG)

v. : **FILED UNDER SEAL**

MIGUEL ROSADO : October 18, 2007

## MOTION TO SEAL

The Government respectfully requests that the Court seal this matter to prevent public disclosure of the information contained in the attached pleadings and to avoid jeopardizing a continuing investigation.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

ROBERT M. SPECTOR
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
450 Main Street
Hartford, CT 06103
Tel: (860) 947-1101
Federal Bar No. CT18082

The foregoing motion is hereby GRANTED/DENIED. SO ORDERED.

WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE